**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

In Re:

JASON ROBERT BINDER

Debtor

Case No. 11-34724-NVA
Chapter 13

**NOTICE OF CHANGE OF ADDRESS**

CLERK OF THE COURT:

This is to notify the Court that the debtor's present mailing address is:

399 E. WHEEL ROAD
Street Address

| BEL AIR | MD | 21015 |
|---|---|---|
| City | State | Zip Code |

Date: 02/05/2016

Note: This information is being provided to the Court by the Trustee based on recent correspondence received from the debtor.

By: **/s/ NANCY L. SPENCER GRIGSBY**
NANCY L. SPENCER GRIGSBY, Trustee